

# Fourth Court of Appeals
## San Antonio, Texas

October 28, 2020

No. 04-20-00419-CR

Mindy Star **ALFARO** a.k.a. Mindy Star Lynch,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 290th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR8159
The Honorable Jennifer Pena, Judge Presiding

# O R D E R

Appellant's court-appointed counsel has filed a motion to withdraw and a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). Counsel asserts there are no meritorious issues to raise on appeal. Counsel has informed appellant of her right to file her own brief and provided appellant with a form motion for requesting the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.).

If appellant desires to request the appellate record, she must file the motion requesting the record on or before **November 6, 2020**. If appellant desires to file a pro se brief, she must do so on or before **December 7, 2020**. *See Bruns*, 924 S.W.2d at 177 n.1. If appellant files a pro se brief, the State may file a responsive brief no later than thirty (30) days after the date appellant's pro se brief is filed in this court.

It is ORDERED that counsel's motion to withdraw is HELD IN ABEYANCE pending further order of the court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of October, 2020.



_____
Michael A. Cruz,
Clerk of Court